IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HAROLD PAULSEN, | ) | 8:14CV336 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DR. FOXALL, Director, BOBBY HYEK, Sargent, BARBEE, Sargent, MCCLAREN, Ofc, PAT HUBBARD, Deputy Director, WALKER, Sargent, and EARLEY, Captain, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's request to amend one of the defendant's names. (Filing No. 10.) Upon careful consideration,

IT IS ORDERED that: Plaintiff's request is granted. The clerk's office is directed to update the court's records to reflect that Defendant "Pat Hubbard" is actually "John Hubbard."

DATED this 2nd day of March, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.