IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

HAROLD PAULSEN,                )          8:14CV336
                               )
          Plaintiff,           )
                               )
     v.                        )          **MEMORANDUM**
                               )          **AND ORDER**
DR. FOXALL, Director, BOBBY    )
HYEK, Sargent, BARBEE, Sargent,)
MCCLAREN, Ofc, JOHN            )
HUBBARD, Deputy Director,      )
WALKER, Sargent, and EARLEY,   )
Captain,                       )
                               )
          Defendants.          )

     This matter is before the court on its own motion.  On March 2, 2015, the clerk
of the court sent an order to Plaintiff at his last known address and it was returned to
this court as undeliverable. (See Filing No. 14.) Plaintiff has an obligation to keep the
court informed of his current address at all times.  See NEGenR 1.3(e) and (g)
(requiring pro se parties to adhere to local rules and inform the court of address
changes within 30 days).  This case cannot be prosecuted in this court if Plaintiff's
whereabouts remain unknown.

     IT IS THEREFORE ORDERED that:

     1.    Plaintiff must update his address within 30 days.  Failure to do so will
result in dismissal of this action without further notice to Plaintiff.

2.      The clerk of the court is directed to set a pro se case management deadline in this case using the following text: June 8, 2015: check for address.

DATED this 7th day of May, 2015.

BY THE COURT:


s/ Joseph F. Bataillon
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.