IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HAROLD PAULSEN, | ) | 8:14CV336 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| BOBBY HYEK and | ) | |
| SARGENT BARBEE, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On January 20, 2016, the court entered an order that, among other things, directed Plaintiff to serve summons on remaining Defendants within 120 days (Filing No. 22). Plaintiff has not returned completed summons forms to the clerk of the court for service on Defendants, and Defendants have not been served with summons (see Docket Sheet).

Plaintiff shall have until June 20, 2016, to show cause why this case should not be dismissed against Defendants due to Plaintiff's failure to serve summons.

IT IS THEREFORE ORDERED that:

1. Plaintiff shall have until June 20, 2016, to show cause why this case should not be dismissed against Defendants.

2. If Plaintiff does not respond, or if good cause is not shown, this action will be dismissed against Defendants without further notice.

3. The Clerk of the court is directed to set a pro se case management deadline with the following text: June 20, 2016: deadline for Plaintiff to show cause why service of process was not completed on Defendants.

DATED this 20th day of May, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge