IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HAROLD PAULSEN,<br><br>    Plaintiff,<br><br>v.<br><br>BOBBY HYEK and<br>SARGENT BARBEE,<br><br>    Defendants. | 8:14CV336<br><br><br>ORDER |

  IT IS ORDERED that Plaintiff's motion for extension of time (filing no. 51) is granted in part and denied in part, as follows:

  1. Plaintiff shall have until January 3, 2017, to respond to Defendants' motion for summary judgment (filing no. 48).

  2. In all other respects, Plaintiff's motion is denied.

  DATED this 7th day of December, 2016.

                BY THE COURT:

                s/ *Richard G. Kopf*
                Senior United States District Judge